**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00246-CV**
_____

**IN RE R.S.**

**Original Proceeding**
**County Court at Law No. 3 of Montgomery County, Texas**
**Trial Cause No. 25-05-08197**

**MEMORANDUM OPINION**

Before we issued an opinion Relator R.S. filed a notice that she no longer seeks mandamus relief on this matter. Accordingly, we dismiss the petition for a writ of mandamus without regard to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on August 13, 2025
Opinion Delivered August 14, 2025

Before Golemon, C.J., Johnson and Wright, JJ.

1